IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DARRIUS BRYANT BELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:09-cv-2586-WMA-TMP |
| TROY KING, *et al.,* | ) ) ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report on April 2, 2010, recommending that this action be dismissed without prejudice for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1). The plaintiff filed objections to the report and recommendation on April 22, 2010. The objections do not directly address the findings by the magistrate judge and are without merit.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED and the recommendation is ACCEPTED. Accordingly, this action is due to be dismissed without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failing to state a claim upon which relief may be granted. A Final Judgment will be entered.

DATED this 28th day of April, 2010.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE