IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DARRIUS BRYANT BELL, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:09-cv-2586-WMA-TMP |
| TROY KING, *et al.,* | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the Memorandum of Opinion entered contemporaneously herewith and with Rule 58, FED. R. CIV. P., it is ORDERED, ADJUDGED, and DECREED that this action be and the same hereby is DISMISSED WITHOUT PREJUDICE for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). The plaintiff is notified that this dismissal is countable for purposes of 28 U.S.C. § 1915(g).

Costs are taxed to the plaintiff.

For information regarding the cost of appeal, see the attached notice.

DATED this 28th day of April, 2010.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE